JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE COLE,<br><br>  Plaintiff,<br>vs.<br>SAS CRENSHAW LLC, a California Limited Liability Company; and Does 1-10,<br><br>  Defendant. | Case No.: 2:19-cv-05073-JFW-MAA<br><br>*Hon. John F. Walter*<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Action Filed: June 11, 2019<br>Trial Date: Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Katherine Cole ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against Defendant SAS Crenshaw LLC, a California Limited Liability Company ("Defendant").

Dated: November 8, 2019

*/s/ John F. Walter*
Hon. John F. Walter
Judge, United States Court
Central District of California